IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

S. W., a minor by parent S. G., S. G., in
her individual capacity, Ca. R., a minor
by parent D. R., Ch. R., a minor by
parent D. R., D. R., in her individual
capacity, P. F., a minor by parent A. F.,
A. F., in his individual capacity, R. W., a
minor by parent E. W., E. W., in her
individual capacity, S. B., a minor by
parent N. B., and N. B., in her individual
capacity,

    Plaintiffs,

v.

TONY EVERS, in his official capacity as
Wisconsin Superintendent of Public
Instruction, STATE OF WISCONSIN
DEPT. OF PUBLIC INSTRUCTIONS,
ELKHORN AREA SCHOOL DISTRICT,
GREENDALE SCHOOL DISTRICT,
MUSKEGO-NORWAY SCHOOL
DISTRICT, SHOREWOOD SCHOOL
DISTRICT, and PARIS J1 SCHOOL
DISTRICT,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-792

---

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants Tony Evers, State of Wisconsin Department of Public Instruction, Elkhorn

School District, Greendale School District, Shorewood School District and Muskego-Norway School District and against plaintiffs S. W., S. G., Ca. R., Ch. R., D. R., P. F., A. F., S. B. and N. B. on plaintiffs' claims pursuant to Title II of the Americans with Disability Act, 42 U.S.C. § 12132, the Rehabilitation Act, 29 U.S.C. § 794(a), and the Equal Protection Clause of the United States Constitution.

IT IS FURTHER ORDERD AND ADJUDGED that judgment is entered in favor of defendant Paris J1 School District and against plaintiffs R. W. and E. W. on plaintiffs' Equal Protection Clause claim and any claim for damages under the ADA and Rehabilitation Act.

IT IS FURTHER ORDERED AND ADJUDGED by stipulation of the parties, that plaintiffs R. W. and E. W.'s remaining claim for injunctive relief under the ADA and Rehabilitation Act is dismissed as moot.

Approved as to form this 16th day of October, 2017.

_____
William M. Conley
District Judge

_____　　　　　10/16/17
Peter Oppeneer, Clerk of Court　　　　　　　Date