IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

S.W., a minor, et al,

                              Plaintiffs,

-vs-

                                                                           Case No: 14-CV-792

Tony Evers, in his official capacity
as Wisconsin Superintendent of Public Instruction, et al
                              Defendants.

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs, S.W., et. al, by their attorneys, Wisconsin Institute for Law & Liberty, appeal to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order Granting the Defendants' Motion for Summary Judgment and denying Plaintiffs' Motion for Summary Judgment, entered by this Court on October 3, 2017, Dkt # 132, and the Final Judgment entered by this Court on October 16, 2017, Dkt. # 136.

The counsel of record for the Plaintiffs on appeal will be Richard Esenberg. Brian McGrath and CJ Szafir will also be serving as appellate counsel.

                                                       Respectfully submitted,
                                                       WISCONSIN INSTITUTE FOR LAW & LIBERTY
                                                       Attorneys for Plaintiffs

Dated: October 31, 2017         /S/ RICHARD M. ESENBERG
                                                       Richard M. Esenberg, WI Bar No. 1005622
                                                       414-727-6367; rick@will-law.org
                                                       Brian McGrath, WI Bar No. 1016840
                                                       414-727-7412; brian@will-law.org
                                                       Charles J. Szafir, WI Bar No. 1088577
                                                       414-727-6373; cj@will-law.org

                                                       MAILING ADDRESS:
                                                       1139 East Knapp Street
                                                       Milwaukee, WI 53202-2828
                                                       414-727-9455
                                                       FAX: 414-727-6385

# CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Sarah A. Zylstra, State Bar Number: 1033159
szylstra@boardmanclark.com
M. Tess O'Brien-Heinzen, State Bar Number: 1022788
tobrien@boardmanclark.com
JoAnn M. Hart, State Bar Number: 1008827
jhart@boardmanclark.com
Boardman & Clark LLP
Attorneys for Defendants Elkhorn Area School District and Greendale School District

Jennifer L. Barwinski, (1049871)
jbarwinski@kasdorf.com
Jeffrey A. Schmeckpeper, (1016723)
jschmeckpeper@kasdorf.com
Heather D. Mogden, (1086936)
hmogden@kasdorf.com
Dustin T. Woehl, (1036759)
dwoehl@kasdorf.com
Kasdorf, Lewis & Swietlik, S.C.
Attorneys for Defendants, Muskego-Norway School District and Paris J1 School District

Kevin C. Pollard (Bar No. 1074929)
kpollard@buelowvetter.com
Buelow Vetter Buikema Olson & Vliet, LLC
Attorneys for Shorewood School District

Anthony D. Russomanno, Assistant Attorney General, State Bar #1076050
russomannoad@doj.state.wi.us
Maura FJ Whelan, Assistant Attorney General, State Bar #1027974
whelanmf@doj.state.wi.us
Charlotte Gibson, Assistant Attorney General, State Bar #1038845
gibsoncj@doj.state.wi.us
Wisconsin Department of Justice
Attorneys for Defendants DPI and Evers


Dated: October 31, 2017        /S/ RICHARD M. ESENBERG
                               Richard M. Esenberg, WI Bar No. 1005622
                               414-727-6367; rick@will-law.org